■ JEFFREY S. TOBEY, Respondent, v WINDSONG RADIOLOGY GROUP, P.C., et al., Appellants. [27 NYS3d 424]—Appeal from an order the Supreme Court, Erie County (John M. Curran, J.), entered March 2, 2015. The order, insofar as appealed from, denied in part the motion of defendants for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Centra, Peradotto and Carni, JJ.